
**acs**
*Investigative Services*

# ACS Investigative Services, Inc.
17 Hawk Ridge Circle
Lake St. Louis, MO 63367
(800) 400-4305

**American Family Insurance Company**
6000 American Parkway
Madison, WI 53783
Mr. Matt Milton

March 13, 2015

Invoice # 27642

In Reference To:
Insured: Miller, Marshall & Dina
Location: 152 Southmore Street
City,State,Zip: Hillsboro, MO 63052
D/O/L 2/12/2015
Policy No. 24D42785-01
Claim No. 845040014
Our File No. 15M-0056

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/27/2015 | NS | Scene Exam<br>Fire Scene Examination with Tedd Hutchinson of Schaefer Engineering and Randy Shields of Midwest Fire Conslt.<br>Photographs<br>Measurements and field diagram | 8.00<br>150.00/hr | 1,200.00 |
| 3/11/2015 | NS | Report Prep<br>Prepare Status Letter | 0.50<br>150.00/hr | 75.00 |
| 2/13/2015 | NS | File Set-Up<br>Initial file set-up by investigator. | 0.50<br>150.00/hr | 75.00 |
| 3/12/2015 | MV | Office Support<br>Office Support includes transcription. | 1.00<br>45.00/hr | 45.00 |
| 2/13/2015 | NS | Scene Exam<br>Fire Scene Examination<br>Photographs<br>Measurements and field diagram | 6.00<br>150.00/hr | 900.00 |
| | | For professional services rendered | 16.00 | $2,295.00 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 2/27/2015 | MV | Desoto Fire Protection | 1 | 10.00 |

Page - 1


**PLAINTIFF'S EXHIBIT 9**

MILLER_01879

CCD150316457160105D

American Family Insurance Company						2

| | | Qty/Price | Amount |
|---|---|---|---|
| | | 10.00 | |
| 2/27/2015 NS | Mileage to and from fire scene | 130 0.65 | 84.50 |
| 3/4/2015 OS | Contact Sheet containing fire scene photographs from 02-28-15 | 2 1.00 | 2.00 |
| 2/13/2015 NS | Mileage | 130 0.65 | 84.50 |
| | Total costs | | $181.00 |
| | Total amount of this bill | | $2,476.00 |
| | Balance due | | $2,476.00 |
| | Discount if paid by 3/23/2015 | | ($49.52) |
| | Amount due if paid by 3/23/2015 | | $2,426.48 |
| | Amount due if paid after 3/23/2015 | | $2,476.00 |

FEIN 43-1574759

2% 10 Net 30

MILLER_01880